No. 03–10685. MATA-ESPINOZA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–10686. GILDING v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 03–10687. BALES v. AULT, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 03–10688. WARREN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–10689. BYNUM v. BENNING, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GREENSBURG, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–10690. TISDALE v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 03–10691. RODRIGUEZ v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–10692. MILLER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–10693. ARAGON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–10694. SLANINA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–10696. EDWARDS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–10698. CHAMBERS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–10699. BUTLER v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 03–10701. BLYE v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 03–10702. HALE v. DEPARTMENT OF DEFENSE ET AL. C. A. 9th Cir. Certiorari denied.